UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Kelechi Ada Ridgley, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-10-1145 |
| TransUnion, LLC, et al., | § § § | |
| Defendants. | § | |

## Final Dismissal

Kelechi Ada Ridgley's suit is dismissed with prejudice because she did not pay the filing fee, issue summons to the defendants, or attend the initial conference.

Signed on July 13, 2010, at Houston, Texas.

Lynn N. Hughes
United States District Judge